DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA MARION BOWEN,**
Appellant,

v.

**NORICE MATTHEWS TRUSTEE OF THE 5970 N.W. 16TH CT TRUSTS 2014,**
Appellee.

No. 4D17-0267

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 16-9081 CACE 08.

Donna Marion Bowen, pro se.

Catherine A. Riggins, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***